UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                            Case No. 21-CR-144

STEPHEN S. VICE, JR.,

          Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT**

---

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment in this matter, the Court hereby GRANTS the motion and orders that the approximately $727.00 seized on March 3, 2021, at the Cool City Motel located at 3009 Lincoln Ave., Two Rivers, Wisconsin, be, and hereby is, DISMISSED without prejudice from the forfeiture notice of the Indictment.

Dated at Green Bay, Wisconsin, this 17th day of November, 2021.

                                                s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              United States District Judge